IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 3 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
LAL

| | |
|---|---|
| SHEILA G. TALTON, on behalf of herself and derivatively on behalf of Unisource Network Services, Inc., ) ) ) ) Plaintiff, ) ) v. ) ) UNISOURCE NETWORK SERVICES, INC., an Illinois ) corporation, POLESTAR CAPITAL, INC., a Delaware ) corporation, POLESTAR CAPITAL FUND II, L.P., ) POLESTAR CAPITAL FUND III, L.P., ATLANTIC ) COASTAL INVESTORS, L.P., MICHAEL FIELDS, ) JERRY EDGERTON, DERRICK COLLINS, JOHN ) DOERER, WALTER THREADGILL, WOODY ) CHAMBERLAIN and THURMAN JORDAN, ) ) Defendants. ) | No. 00 C 7967 Judge Mark Filip |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Michael A. Reiter           Kathleen H. Klaus
      Duane Morris LLP            Maddin Hauser
      AT&T Building               28400 Northwestern Highway
      227 West Monroe Street      Third Floor
      Suite 3400                  Southfield, MI  48034
      Chicago, IL  60606

**PLEASE TAKE NOTICE** that on June 23, 2005, we filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, The Parties' Rule 41(A) Stipulation to Dismiss Complaint and Counterclaim Pursuant to Settlement Agreement, copies of which are enclosed and hereby served upon you.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEILA G. TALTON, on behalf of herself and derivatively on behalf of Unisource Network Services, Inc. ) ) ) ) | |
| Plaintiff, ) | Case No. 00-C-07967 |
| v. ) | Hon. Mark Filip |
| UNISOURCE NETWORK SERVICES, INC., et al., ) ) ) | |
| Defendants. ) | |

**FILED**
JUN 2 3 2005 LAL
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RULE 41(A) STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM PURSUANT TO SETTLEMENT AGREEMENT

Sheila G. Talton, Unisource Network Services, Inc., Michael Fields, Jerry Edgerton, Derrick Collins, John Doerer, Walter Threadgill, Woody Chamberlain, Polestar Capital Fund II L.P., Polestar Capital Fund III, L.P. and Atlantic Coastal Investors, L.P. (jointly, "Parties"), pursuant to Rule 41(a) and the Parties' Settlement Agreement and General Release, hereby stipulate to the dismissal of the complaint and counterclaim filed in this case, with prejudice, with the parties to pay their own costs and fees.

Dated: June 22, 2005

SHEILA G. TALTON

By: _____
Kathleen H. Klaus
Maddin Hauser
28400 Northwestern Highway
Third Floor
Southfield, MI 48034
(248) 359-7520

POLESTAR CAPITAL FUND II, L.P.,
POLESTAR CAPITAL FUND III, L.P. and
ATLANTIC COASTAL INVESTORS, L.P.

By: _____
David I. Herbst
Butler, Rubin, Saltarelli & Boyd
Three First National Plaza Suite 1800
Chicago, Illinois 60602
(312) 444-9660

#533777 v3 - TALTON: Stipulation to Dismiss

UNISOURCE NETWORK SERVICES, INC.,
MICHAEL FIELDS, JERRY EDGERTON,
DERRICK COLLINS, JOHN DOERER,
WALTER THREADGILL and WOODY
CHAMBERLAIN

By: /s/ Michael A. Reiter

Michael A. Reiter
Amy E. McCracken
Duane Morris LLP
227 West Monroe Street
Suite 3400
Chicago, Illinois 60606
(312) 499-0104

2

## CERTIFICATE OF SERVICE

Catherine E. Lamsens, an attorney, certifies that on June 23, 2005, she caused the foregoing, The Parties' Rule 41(A) Stipulation to Dismiss Complaint and Counterclaim Pursuant to Settlement Agreement, to be served on the attorney named above via U.S. first class mail, proper postage prepaid and facsimile.

                                            POLESTAR CAPITAL, INC., POLESTAR CAPITAL FUND II, L.P., POLESTAR CAPITAL FUND III, L.P. and ATLANTIC COASTAL VENTURES, L.P.

                                            By: _____
                                                   One of Their Attorneys

David I. Herbst
Catherine E. Lamsens
BUTLER RUBIN SALTARELLI & BOYD LLP
Three First National Plaza
70 W. Madison St., Suite 1800
Chicago, IL 60602
(312) 444-9660

W0004636v1